UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE ANTONIO CASTILLO, | ) | CASE NO. CV 14-8830-DDP (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| WARDEN AMY MILLER, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: <u>September 21, 2016</u>.

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\~8499659.wpd